UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED OCT 29 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIF
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
v. ) CR NO: 2:12-mj-0274 CKD
SYDNEY KAITLEN RYDER )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum ☐ Ad Testificandum.

Name of Detainee: SYDNEY KAITLEN RYDER

Detained at (custodian): **Sacramento County Main Jail**

Detainee is: a.) ☒ charged in this district by:
☒ Indictment ☐ Information ☐ Complaint
Charging Detainee With: **21 U.S.C. §841; 21 U.S.C. §846; 18 U.S.C. §924(c)**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ JUSTIN L. LEE
Printed Name & Phone No: **JUSTIN L. LEE (916) 554-2800**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

10/29/12
Date _____ United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): _____ Male ☐ Female ☒
Booking or CDC #: X-4828272 DOB: 04/02/1993
Facility Address: 651 I Street Race: _____
Sacramento, California 95814 FBI #: _____
Facility Phone: _____
Currently Incarcerated For: Penal Code §1275

--------
**RETURN OF SERVICE**

Executed on _____ by _____
(Signature)

Form Crim-48 Revised 11/19/97